# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

    v.                                  CASE NO.   22-20065-HLT-ADM

**JUSTIN OMAR LORICK,**

      **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## General Allegations

At all times relevant to this Indictment:

1. The conduct alleged occurred outside of the jurisdiction of any particular State and District, and within the venue of the United States District Court for the District of Kansas, under Title 18, United States Code, Section 3238.

2. The defendant, **JUSTIN OMAR LORICK**, was arrested on or about November 15, 2022, in the District of Kansas.

3. Between on or about February 1, 2016, and on or about December 31,

2018, the defendant, **JUSTIN OMAR LORICK**, was then accompanying the Armed Forces outside the United States, in or near Vicenza, Italy, as a dependent of a civilian employee of the Department of Defense, residing with such civilian employee outside the United States; and not a national of or ordinarily resident in the host nation, as defined under Title 18, United States Code, Section 3267.

4. Between on or about December 31, 2018, and on or about September 20, 2019, the defendant, **JUSTIN OMAR LORICK**, was then accompanying the Armed Forces outside the United States, in or near Quaregnon, Belgium, as a dependent of a civilian employee of the Department of Defense, residing with such civilian employee outside the United States; and not a national of or ordinarily resident in the host nation, as defined under Title 18, United States Code, Section 3267.

5. These General Allegations are re-alleged and incorporated in each of the Counts below.

## COUNT 1

### Coercion and Enticement of a Minor by a Person Accompanying the Armed Forces Outside of the United States
### [18 U.S.C. §§ 2422(b), 2427, and 3261]

Between on or about December 31, 2018, and on or about September 20, 2019, the defendant, **JUSTIN OMAR LORICK**, a citizen of the United States, while then accompanying the Armed Forces outside of the United States, as that term is defined under Title 18, United States Code, Section 3267(2), engaged in conduct outside of the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, that is, the defendant, **JUSTIN OMAR LORICK**, using a facility and means of interstate and foreign commerce, attempted to and did knowingly persuade, induce, entice, and coerce Victim 1, whose identity is known to the Grand Jury, a minor who had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, including the production of child pornography, as defined in Title 18, United States Code, Section 2256(8), and thereafter was arrested in the District of Kansas on or about November 15, 2022.

In violation of Title 18, United States Code, Sections 2422(b), 2427, and 3261.

## COUNT 2

## Sexual Abuse of a Minor Committed by a Person Accompanying the Armed Forces Outside of the United States
## [18 U.S.C. §§ 2243(a) and 3261]

Between on or about March 1, 2016, and continuing through on or about October 30, 2017, the defendant, **JUSTIN OMAR LORICK**, a citizen of the United States, while then accompanying the Armed Forces outside of the United States, as that term is defined under Title 18, United States Code, Section 3267(2), engaged in conduct outside of the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, that is, the defendant, **JUSTIN OMAR LORICK**, did knowingly engage in, and knowingly attempt to engage in, a sexual act, as defined under Title 18, United States Code, Section 2246(2), with Victim 1, whose identity is known to the Grand Jury, a child who had attained the age of 12 years but had not attained the age of 16 years, and thereafter was arrested in the District of Kansas on or about November 15, 2022.

In violation of Title 18, United States Code, Sections 2243(a) and 3261.

## COUNT 3

**Engaging in Illicit Sexual Conduct in Foreign Places**
**[18 U.S.C. § 2423(c)]**

Between on or about March 1, 2016 and on or about October 30, 2017, in the Republic of Italy and elsewhere, the defendant, **JUSTIN OMAR LORICK**, a citizen of the United States who was arrested on or about November 15, 2022, in the District of Kansas, attempted to and did travel in foreign commerce and reside temporarily and permanently in a foreign country, and engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f)(1), with Victim 1, whose identity is known to the Grand Jury and who had then attained the age of 12 years but had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 2423(c).

## COUNT 4

**Engaging in Illicit Sexual Conduct in Foreign Places**
**[18 U.S.C. § 2423(c)]**

Between on or about December 31, 2018, and on or about September 20, 2019, in the Kingdom of Belgium and elsewhere, the defendant, **JUSTIN OMAR LORICK**, a citizen of the United States who was arrested on or about November 15, 2022, in the District of Kansas, attempted to and did travel in foreign commerce and reside temporarily and permanently in a foreign country, and engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f)(3), with

Victim 1, whose identity is known to the Grand Jury and who was then under 18 years of age.

In violation of Title 18, United States Code, Section 2423(c).

## FORFEITURE NOTICE

1. The allegations contained in Counts 1 through 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 2253(a) and 2428.

2. Upon conviction of one or more of the offenses set forth in Counts 1, 3, and 4, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428, any and all property used or intended to be used to commit or facilitate the commission of such offenses.

3. Upon conviction of the offense set forth in Count 2, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code,

[*intentionally left blank*]

Section 2253(a), any and all property used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

A TRUE BILL.

December 14, 2022                     s/Foreperson
DATE                                     FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: /s/ *Carrie N. Capwell*
Carrie N. Capwell
First Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: carrie.capwell@usdoj.gov
D. Kan. Bar No. 78677

By: /s/ *Eduardo Palomo*
Eduardo Palomo
Trial Attorney
U.S. Department of Justice
1301 New York Ave. NW
Washington, D.C. 20005
Ph: (202) 579-5738
Email: eduardo.palomo2@usdoj.gov
Texas Bar No. 24074847

> IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

**Count 1: 18 U.S.C. § 2422(b)**

- Punishable by a term of imprisonment of not less than ten (10) years and up to life. 18 U.S.C. § 2422(b).

- A term of supervised release of not less than five (5) years. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- An additional special assessment of $5,000. 18 U.S.C. § 3014(a).

- Forfeiture.

**Count 2: 18 U.S.C. § 2243(a)**

- Punishable by a term of imprisonment of not more than fifteen (15) years. 18 U.S.C. § 2243(a).

- A term of supervised release of not less than five (5) years. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- An additional special assessment of $5,000. 18 U.S.C. § 3014(a).

- Forfeiture.

**Counts 3 & 4: 18 U.S.C. § 2423(c)**

- Punishable by a term of imprisonment of not more than thirty (30) years. 18 U.S.C. § 2423(c).

- A term of supervised release of not less than five (5) years. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- An additional special assessment of $5,000. 18 U.S.C. § 3014(a).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.